IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTIG DRUG COMPANY INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-719 (SLR) |
| | ) |
| SENJU PHARMACEUTICAL CO. LTD., | ) |
| KYORIN PHARMACEUTICAL CO. LTD., | ) |
| AND ALLERGAN INC., | ) |
| | ) |
| Defendant. | ) |

**ALLERGAN INC.'S MOTION TO DISMISS**
**HARTIG DRUG COMPANY, INC.'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendant Allergan, Inc. respectfully moves to dismiss the Complaint in this action with prejudice. The grounds for this Motion are set forth in Allergan's Opening Brief being filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Regina Murphy*
_____
Jack B. Blumenfeld (#1014)
Regina Murphy (#5648)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rmurphy@mnat.com

*Attorneys for Defendant Allergan Inc.*

OF COUNSEL:

M. Sean Royall
Ashley E. Johnson
Jason C. McKenney
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201
(214) 698-3100

September 18, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 18, 2014, upon the following in the manner indicated:

| | |
|---|---|
| J. Clayton Athey, Esquire<br>Eric J. Juray, Esquire<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 King Street<br>Wilmington, DE 19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brent W. Landau, Esquire<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Melinda R. Coolidge, Esquire<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gregory A. Frank, Esquire<br>Marvin L. Frank, Esquire<br>FRANK & BIANCO LLP<br>275 Madison Ave. #705<br>New York, NY 10016<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Regina Murphy*

Regina Murphy (#5648)