# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTIG DRUG COMPANY, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., <br><br> Defendants. | C.A. No. 14-719-SLR |

## DEFENDANTS KYORIN PHARMACEUTICAL CO. LTD. AND SENJU PHARMACEUTICAL CO. LTD.'S JOINT MOTION TO DISMISS

Defendants Senju Pharmaceutical Co., Ltd. and Kyorin Pharmaceutical Co., Ltd. jointly submit this motion to dismiss plaintiff Hartig Drug Company, Inc.'s complaint (D.I. 1) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The bases for this motion are fully set forth in Defendants Senju Pharmaceutical Co., Ltd. and Kyorin Pharmaceutical Co., Ltd.'s Opening Brief in Support of Their Joint Motion to Dismiss submitted herewith. Defendants Senju Pharmaceutical Co., Ltd. and Kyorin Pharmaceutical Co., Ltd. also hereby join in Allergan, Inc.'s Motion to Dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) filed concurrently herewith (D.I. 15, 16).

|  |  |
|---|---|
|  | Respectfully submitted, |
| SEITZ ROSS ARONSTAM & MORITZ LLP | BAYARD, P.A. |
| /s/ Benjamin J. Schladweiler | /s/ Stephen B. Brauerman |
| David E. Ross (#5228) | Richard D. Kirk (#922) |
| Benjamin J. Schladweiler (#4601) | Stephen B. Brauerman (#4952) |
| 100 S. West Street, Suite 400 | 222 Delaware Avenue, Suite 900 |
| Wilmington, DE 19801 | P.O. Box 25130 |
| (302) 576-1600 | Wilmington, DE 19899 |
| dross@seitzross.com | (302) 655-5000 |
| bschladweiler@seitzross.com | rkirk@bayardlaw.com |
|  | sbrauerman@bayardlaw.com |
| *Of Counsel*: | *Of Counsel:* |
| John M. Majoras | William F. Sondericker |
| Kevin. D. McDonald | Keith D. Nowak |
| Rosanna K. McCalips | Gerald W. Griffin |
| Sara R. Kusiak | CARTER, LEDYARD & MILBURN LLP |
| JONES DAY | 2 Wall Street |
| 51 Louisiana Avenue N.W. | New York, NY 10005 |
| Washington, D.C. 20001 | (212) 732-3200 |
| (202) 879.3939 | sondericker@clm.com |
| jmmajoras@jonesday.com | nowak@clm.com |
| kdmcdonald@jonesday.com | griffin@clm.com |
| rkmccalips@jonesday.com |  |
| skusiak@jonesday.com | Derrick K. Takeuchi |
|  | GREENBERG, WHITCOMBE & TAKEUCHI, LLP |
| *Counsel for Defendant Kyorin Pharmaceutical Co., Ltd.* | 2515 Hawthorne Boulevard, Suite 450 |
|  | Torrance, CA 90503 |
|  | (310) 540-2000 |
|  | dtakeuchi@gwtllp.com |
|  | *Counsel for Defendant Senju Pharmaceutical Co., Ltd.* |

Dated: September 18, 2014

# CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on September 18, 2014, a true copy of the foregoing ***Defendants Kyorin Pharmaceutical Co. Ltd. and Senju Pharmaceutical Co. Ltd.'s Joint Motion to Dismiss*** was served via electronic mail upon the following counsel of record:

| | |
|---|---|
| J. Clayton Athey<br>Eric J. Juray<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 King Street<br>Box 1328<br>Wilmington, DE 19899<br>jcathey@prickett.com<br>ejjuray@prickett.com<br><br>*Counsel for Plaintiff Hartig Drug Company, Inc.* | Brent W. Landau<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>blandau@hausfeldllp.com<br><br>Melinda R. Coolidge<br>HAUSFELD LLP<br>1700 K Street, N.W., Suite 650<br>Washington, D.C. 20006<br>mcoolidge@hausfeldllp.com<br><br>Gregory A. Frank<br>Marvin L. Frank<br>FRANK & BIANCO LLP<br>275 Madison Avenue, #705<br>New York, NY 10016<br>gfrank@frankandbianco.com<br>mfrank@frankandbianco.com<br><br>*Counsel for Plaintiff Hartig Drug Company, Inc.* |

                                                */s/ Benjamin J. Schladweiler*
                                                Benjamin J. Schladweiler (#4601)