IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTIG DRUG COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> SENJU PHARMACEUTICAL CO. LTD., KYORIN PHARMACEUTICAL CO. LTD., AND ALLERGAN INC., <br><br> Defendants. | C.A. No. 14-719 (JFB) |

**STIPULATION AND [PROPOSED] ORDER
REGARDING THIRD-PARTY DOCUMENTS**

WHEREAS, on or about May 31, 2016, Kyorin Pharmaceutical Co., Ltd. ("Kyorin") served a subpoena (the "Subpoena") in the *Apotex, Inc. et al. v. Kyorin Pharmaceutical Co., Ltd., et al.*, C.A. No. 12-196-SLR action (the "Apotex Litigation"), on non-party Alcon Laboratories, Inc. ("Alcon") (D.I. 80);

WHEREAS, Alcon produced certain documents in response to the Subpoena that constitute or contain trade secrets or other confidential research, development, or commercial information within the meaning of Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure on an outside counsels'-eyes only basis pursuant to District of Delaware Local Civil Rule 26.2;

WHEREAS, Kyorin is required to produce certain documents, things, and information from the Apotex Litigation, including the above-referenced documents produced by Alcon in the Apotex Litigation, to Hartig Drug Company, Inc. ("Hartig") in connection with the above-captioned action (*see* D.I. 39);

WHEREAS, Kyorin and Hartig have agreed to promptly notify Alcon before any party uses, mentions or discloses any documents or information produced by Alcon during any trial or hearing in this case; and

WHEREAS, Alcon consents to the production of its documents, things, and information by Kyorin to Hartig's counsel in the Hartig Litigation on an outside counsels'-eyes only basis pursuant to District of Delaware Local Civil Rule 26.2, and further consents to the parties providing these documents to their retained economists, document vendors, consultants, or mediators bound by a court-approved protective order and obligated to keep such documents confidential in accordance with the terms of such court-approved protective order;

IT IS THEREFORE STIPULATED AND AGREED by and between counsel for Hartig, Kyorin, and Alcon, subject to the approval of the Court, that:

1. All Alcon documents produced shall, in the absence of agreement otherwise between Alcon and the parties, be treated as outside counsels'-eyes only pursuant to District of Delaware Local Civil Rule 26.2, except that the parties may disclose Alcon documents to their retained economists, document vendors, consultants, or mediators bound by a court-approved protective order and obligated to keep such documents confidential in accordance with the terms of such court-approved protective order; and

2. Kyorin and Hartig shall promptly notify Alcon before any party uses, mentions or discloses any documents or information produced by Alcon during any trial or hearing.

|  |  |
|---|---|
| | Respectfully submitted, |
| PRICKETT, JONES & ELLIOTT, P.A. | ROSS ARONSTAM & MORITZ LLP |
| */s/ Eric J. Juray* | */s/ Benjamin J. Schladweiler* |
| J. Clayton Athey (#4378) | David E. Ross (#5228) |
| Eric J. Juray (#5765) | Benjamin J. Schladweiler (#4601) |
| 1310 King Street | 100 S. West Street, Suite 400 |
| P.O. Box 1328 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 576-1600 |
| (302) 888-6500 | dross@ramllp.com |
| jcathey@prickett.com | bschladweiler@ramllp.com |
| ejjuray@prickett.com | |
| | *Counsel for Defendant Kyorin Pharmaceutical Co., Ltd.* |
| *Counsel for Plaintiff Hartig Drug Company, Inc.* | |

MCCARTER ENGLISH LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Renaissance Centre
405 N. King St., 8th Flr.
Wilmington, DE 19801
302.984.6331
dsilver@mccarter.com

*Counsel for Non-Party
Alcon Laboratories, Inc.*

Dated: August 2, 2017

**SO ORDERED**, this ____day of _____, 2017.

_____
THE HONORABLE JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

4833-7430-4076, v. 3