# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTIG DRUG COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> SENJU PHARMACEUTICAL CO. LTD., KYORIN PHARMACEUTICAL CO., LTD., AND ALLERGAN, INC., <br><br> Defendants. | C.A. No. 14-719-JFB-SRF |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN
AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND INCENTIVE AWARD TO NAMED PLAINTIFF**

Pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, plaintiff Hartig Drug Company Inc. ("Plaintiff"), by and through its undersigned counsel, individually and on behalf of the Settlement Class, hereby moves the Court for an award of attorneys' fees, reimbursement of expenses, and an incentive award for Plaintiff. Defendants do not oppose this motion.

The grounds for this motion are set forth more fully in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Award to Named Plaintiff, filed herewith.

Respectfully submitted,

| | |
|---|---|
| Dated: September 25, 2018 | PRICKETT, JONES & ELLIOTT, P.A. |
| OF COUNSEL: | |
| | /s/ *J. Clayton Athey* |
| Brent W. Landau | J. Clayton Athey (#4378) |
| HAUSFELD LLP | Eric J. Juray (#5765) |
| 325 Chestnut Street, Suite 900 | 1310 King Street |
| Philadelphia, PA 19106 | Wilmington, DE 19899 |
| | (302) 888-6500 |
| Melinda R. Coolidge | jcathey@prickett.com |
| HAUSFELD LLP | ejjuray@prickett.com |
| 1700 K Street NW, Suite 650 | |
| Washington, DC 20006 | *Settlement Liaison Counsel and Attorneys for Plaintiff Hartig Drug Company Inc.* |
| Gregory A. Frank | |
| Marvin L. Frank | |
| FRANK LLP | |
| 275 Madison Ave. #705 | |
| New York, NY 10016 | |
| *Co-Lead Counsel and Attorneys for Plaintiff Hartig Drug Company Inc.* | |

*Settlement Class Counsel and Attorneys for Plaintiff Hartig Drug Company Inc.*