IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTIG DRUG CO. INC., <br><br> Plaintiff, <br><br> vs. <br><br> SENJU PHARMACEUTICAL CO. LTD., KYORIN PHARMACEUTICAL CO. LTD., AND ALLERGAN INC. <br><br> Defendants. | **1:14CV719** <br><br> **ORDER** |

Upon consideration of Plaintiff Hartig Drug Company Inc.'s Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Award for Named Plaintiff (the "Motion") (D.I. 64), it is hereby ordered as follows:

**1.**     The Motion is hereby granted.

2.     The Court approves attorneys' fees in the amount of $3,000,000.00, representing 33 1/3 percent of the $9,000,000.00 Settlement Fund. Such funds may be distributed from the Settlement Fund to Settlement Class Counsel immediately upon entry of final approval in this matter.

3.     The Court also approves $93,483.23 in expenses Settlement Class Counsel advanced to litigate this matter. Such funds may be distributed from the Settlement Fund to Settlement Class Counsel immediately upon entry of final approval in this matter.

4.	Finally, the Court approves an incentive award in the amount of $10,000.00. Such funds may be distributed from the Settlement Fund to Plaintiff Hartig Drug Company Inc. immediately upon entry of final approval in this matter.

DATED this 15th day of October, 2018.

BY THE COURT:

*/s/ J. F. Bataillon*

Senior United States District Judge