IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTIG DRUG COMPANY INC., <br><br> Plaintiff, <br> v. <br><br> SENJU PHARMACEUTICAL CO. LTD., KYORIN PHARMACEUTICAL CO., LTD., AND ALLERGAN, INC., <br><br> Defendants. | **1:14CV719** <br><br> **JUDGMENT** |

Pursuant to the order approving final class action settlement entered this date and the parties' Settlement Agreement (D.I. 55-1), a judgment of dismissal is entered in this action.

Dated this 9th day of November, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge